**JS-6**

Bradford G. Hughes (SBN 247141)
bhughes@selmanbreitman.com
Teanna L. Buchner (SBN 275697)
tbuchner@selmanbreitman.com
SELMAN BREITMAN LLP

11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Defendant
KAMINSKI AND BLACK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| SAM ALLEN BRYANT LUPPENS,<br><br>Plaintiff,<br><br>v.<br><br>KAMINSKI AND BLACK, INC., KENNETH HENSON; AND DOES 1 THROUGH 100,<br><br>Defendants. | Case No. 5:14-CV14-00076 VAP-SP<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41** |

IT IS HEREBY STIPULATED by and between plaintiff SAM ALLEN BRYANT LUPPENS and defendant KAMINSKI AND BLACK, INC., that the above-entitled action will be dismissed, in its entirety, as to all defendants and all causes of action, with prejudice.

This stipulation between the parties is executed in consideration of a confidential settlement agreement and is made pursuant to <u>Fed. R. Civ. P.</u> Rule 41(a)(1)(A)(ii).

///

///

///

1

**IT IS SO STIPULATED.**

DATED: October 30, 2014

ROBERT GIBSON
GIBSON & HUGHES

BY: /s/ Robert Gibson
ROBERT GIBSON
ATTORNEYS FOR PLAINTIFF

DATED: October 30, 2014

BRADFORD G. HUGHES
TEANNA L. BUCHNER
SELMAN BREITMAN LLP

By: /s/
BRADFORD G. HUGHES
TEANNA L. BUCHNER
Attorneys for Defendant
KAMINSKI AND BLACK, INC.

IT IS SO ORDERED.
DATED: 11/25/14

/s/ Virginia A. Phillips
UNITED STATES DISTRICT JUDGE